**SANTA CLARA COUNTY DEMOCRAT-IC CENTRAL COMMITTEE and Steven Preminger, Petitioners,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2006–7216.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand for further proceedings,

IT IS ORDERED THAT:

The motion is granted.

**In re SCIENCE AESTHETICS SO-LUTIONS, INC. (dba Science Innovative), Petitioner.**

Miscellaneous Docket No. 820.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

ON MOTION

*ORDER*

Upon consideration of Science Aesthetics Solutions, Inc.'s unopposed motion to withdraw its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted.

**ULTRATECH, INC., Plaintiff–Appellee,**

v.

**TAMARACK SCIENTIFIC CO., INC., Defendant–Appellant.**

No. 06–1089.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and LINN, Circuit Judge.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36